IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT A. PETTIS,

       Appellant,

 v.

                                 Case No.  5D22-946
                                 LT Case No. 2015-305307-CFDB

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed October 4, 2022

Appeal from the Circuit Court
for Volusia County,
Leah R. Case, Judge.

Matthew J. Metz, Public Defender,
and Joseph Chloupek, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, WALLIS and EDWARDS, JJ., concur.